# UNITED STATES DISTRICT COURT

*For*
*The District of Rhode Island*

Edson Toro

(Enter the full name(s) of the Plaintiff(s) in this action)

vs.

STEPHEN A. REGINE
Ashbel T. WAll II
Patricia A. Coyne-Fague

(Enter the full name(s) of the Defendant(s) in this action)

CA 05 455 T

Civil Action No. ________

PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

Yes: ✓ No: ________

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: Edson Toro

Defendants: Ashbel T. WAll II Director of the Department of Corrections, STATE of RHODE ISLAND

2. Court where action was filed(if federal, give the district; or if state, give the county):

PROVIDENCE SUPERIOR COURT

3. Please give docket number(s): PC-02-2882, PM-03-3772

4. Name of Judge to whom case was assigned: Honorable Judge STEPHEN FORTUNATO

5. Disposition of case(for example, was the case dismissed or appeal, or is it still pending)

Post-conviction Granted, D.O.C sought writ certiorari

6. Approximate date of filing lawsuit: August 14, 2005

7. Approximate date of disposition: SEPTEMBER 29, 2005

II. PLACE OF PRESENT CONFINEMENT

A. Did you present the facts relating to this complaint to the Warden or any of the prison officials?

Yes, I wrote letters to Director, Capt. Haibon, Ms. Coyne Fayue, Ask for grievance.

B. If your answer was Yes:

1. What steps did you take? I ask for a grievance, none issued. I spoke to Deputy WARDEN collins, spoke to WARDEN WEEDEN. I was told to write Director and Capt. Haibon, and MS. Coyne-Fayue

2. What was the result(s): No one ANswered my letters except MS. Coyne Fayue. I cited the Law and she ignored it saying her reading of the law was different. Sent copies of my DATA Sheet with release date.

C. If your answer is NO, explain why not: ____________

III. PARTIES

In item "A" below, place your name in the first blank. Do the same for for any additional parties, if any.

A. Name of Plaintiff: Edson Toro

In item "B" below, place the full name of the Defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, position and places of employment of any additional Defendants.

B. Defendant STEPHEN A. REGINE is employed as Assistant Attorney General at 150 South Main St.

C. Additional Defendants: Ashbel T. Wall II Director of the Department of corrections, at 40 Howard Ave, Patricia A. Coyne Fague, Chief Legal Counsel 40 Howard Ave.

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each Defendant is involved. Include also the names of any other person(s) involved, dates and places. Do not give any legal argument or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet, if necessary.

On August 1, 2005 I finished my Sentence, I recieved Notice by Counselor Anthony Amaral at Approximately 2:00PM with a copy of my DATA Sheet, and was told I'd be discharged shortly. One hour later Anthony Amaral came back with a new DATA SHEET stating that the D.O.C had cancelled my release date and applied a new calculation and applied it to me with a new release of Feburary 10, 2006. I wrote to Director Wall II in regards to this being illegal, I wrote to Capt. Fred Haibon, no Response. I then wrote to Patricia Coyne-Fague who responded on behalf of Director Wall and Capt. Haibon. Denying my request for release and stating it was at the behest of represent-tives of the Attorney Generals office, that they re-calculated my good time release and applied this new calculation. On September 16, 2005, Mr. Regine admitted that he contacted the D.O.C with his opinion, and direction to credit me with a new calculation (After I already completed said sentence, credits were used)

V. RELIEF

State briefly exactly what you want the Court to do for you. Make no Legal arguments and do not cite any cases or statutes.

I want to have the Defendants punished for breaking the Law. Punitive Damages of $100,000 and compensatory damages of $100,000 dollars. Declatory Judgment Against the Defendants.

VI. CERTIFICATION

I the undersigned, do hereby swear that the above stated facts are both true and correct, based upon my personal knowledge.

Edson Toro
(Signature of Plaintiff)

(Additional Plaintiffs)

Edson Toro
P.O. Box 8200
Cranston, R.I. 02920
(Address for Plaintiff(s)