# Criminal Docket Sheet Report

P2-1997-1639A

**Case ID:** P2-1997-1639A **Description:** EDSON TORO
**Filing Date:** 07-MAY-1997
**Original Case ID:** 00200970259
629706956

**Defendant Name:** EDSON TORO
**BCI#:** [redacted] **Date of Birth:** [redacted]
**Address:** [redacted]

[redacted]

**Police Dept:** RHODE ISLAND STATE POLICE DETECTIVES
**Incarcerated:**

**PROSECUTOR:** STEPHEN A REGINE
**PRO SE:** PRO SE

## Charge Information

**Count:** 1 11050020 **FEL ASSLT/DANGEROUS WEAPON/SUB**
**Offense Date:** 20-NOV-1994
**Charge Text:**
**Disposition:** PLEA OF NOLO CONTENDERE

**Sentence:** FULL SENTENCE
**Term:** 15 Years
**Start:** 07-MAY-1997
**Judge:** MAGISTRATE MCATEE
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 5 Years
**Start:** 19-SEP-1995
**Judge:** MAGISTRATE MCATEE
**Text:**

**Sentence:** SUSPENDED
**Term:** 10 Years
**Start:** 07-MAY-1997
**Judge:** MAGISTRATE MCATEE
**Text:**

**Sentence:** PROBATION
**Term:** 10 Years
**Start:** 07-MAY-1997
**Judge:** MAGISTRATE MCATEE
**Text:** TO COMENC ON RELEASE

**Sentence:** INDEMNITY FUND
**Term:** 0 Years
**Start:** 07-MAY-1997
**Judge:** MAGISTRATE MCATEE
**Text:** Amount: $150.00

# Criminal Docket Sheet Report

P2-1997-1639A

## Charge Information

**Sentence:** PROBATION FUND
**Term:** 0 Years
**Start:** 07-MAY-1997
**Judge:** MAGISTRATE MCATEE
**Text:** Amount: $300.00

**Sentence:** VIOLATION OF SUSP SENT
**Term:** 0 Days
**Start:** 24-SEP-1997
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** SUSPENSION REMOVED
**Term:** 0 Days
**Start:** 24-SEP-1997
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 10 Years
**Start:** 24-SEP-1997
**Judge:** JUDGE FORTUNATO
**Text:** CONSECUTIVE WITH 5 YEAR SENTENCE HE WAS SERVING ON THIS CASE TO TOTAL 15 YEARS TO SERVE ON THIS CASE

**Sentence:** VIOLATION SENTENCE MODIFIED
**Term:** 0 Days
**Start:** 04-MAR-2005
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** FULL SENTENCE
**Term:** 10 Years
**Start:** 04-MAR-2005
**Judge:** JUDGE FORTUNATO
**Text:**

**Sentence:** TERM TO SERVE
**Term:** 7 Years
**Start:** 04-MAR-2005
**Judge:** JUDGE FORTUNATO
**Text:** Retroactive Date: 31-MAR-2000

**Sentence:** SUSPENDED
**Term:** 3 Years
**Start:** 04-MAR-2005
**Judge:** JUDGE FORTUNATO
**Text:**

# Criminal Docket Sheet Report

P2-1997-1639A

## Charge Information

**Sentence:** PROBATION
**Term:** 3 Years
**Start:** 04-MAR-2005
**Judge:** JUDGE FORTUNATO
**Text:**

## Warrant Information

| Date | Warrant ID | Status | Judge |
|---|---|---|---|

## No Contact Orders

## Bail Information

| | | |
|---|---|---|
| 07-MAY-1997 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: PIRRAGLIA; Amount: $10000.00 |
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Count: 001; Judge/Bail: GEMMA |

## Bail Posted

| Bail | Payor | Amount |
|---|---|---|

## Bail Posted in District Court

| Bail | Payor | Amount |
|---|---|---|

## Scheduled Dates

| Date | Event | Locn | Judge |
|---|---|---|---|
| 22-AUG-2005 | MOTION CREDIT FOR TIME SERVED | P | GALE, JUDGE |
| 15-SEP-2005 | MOTION | P | FORTUNATO, JUDGE |
| 26-SEP-2005 | DECISION | P | FORTUNATO, JUDGE |

## Events

| Date | Event | Judge |
|---|---|---|
| 07-MAY-1997 | **PRE-ARRAIGNMENT DISP CONFERENC** | MCATEE, MAGISTRATE |

EVENT ACTION DISP/SENT

CASE DISPOSED

DEFENDANT APPEARS

PRE-SENTENCE REPORT WAIVED

DISPOSITION PROSECUTOR Prostr: DONNELLY

DISPOSITION DEFENSE ATTORNEY Defense Attorney: BRIODY, THOMAS G.

CERTIFICATE OF JUDGE Party Filing: COURT

JUDGMENT OF CONVICTION ENTERED Party Filing: COURT

# Criminal Docket Sheet Report

P2-1997-1639A

## Events

| Date | Event | Judge |
|---|---|---|
| 07-MAY-1997 | **FELONY INITIAL APPEARANCE** | PIRRAGLIA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | PETITION TO WAIVE INFORMATION Party Filing: DEFENSE | |
| 09-JUL-1997 | **PRESENT AS A VIOLATOR** | GEMMA, JUDGE |
| | EVENT ACTION COMPLETED | |
| | VIOLATION REPORT Party Filing: STATE ; Note: OF SUSPENDED SENTENCE | |
| 16-JUL-1997 | **VIOLATION HEARING** | GEMMA, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONTINUED FOR FURTHER HEARING | |
| 23-JUL-1997 | **MOTION** | GEMMA, JUDGE |
| | EVENT ACTION DENIED | |
| 13-AUG-1997 | **MOTION** | CLIFTON, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 18-AUG-1997 | **MOT FOR EXCULPATORY EVIDENCE** | CLIFTON, JUDGE |
| | EVENT ACTION COMPLETED | |
| | DOCKET NOTE GRANTED EXCEPT # 122 DENIED | |
| 18-AUG-1997 | **MOT PROCEED IN FORMA PAUPERIS** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| 18-AUG-1997 | **MOTION TO PRODUCE** | CLIFTON, JUDGE |
| | EVENT ACTION GRANTED | |
| | DOCKET NOTE NAMES OF INMATES WHO WERE IN PRISION AT TIME OF | |
| | DOCKET NOTE INCIDENT.REMAINDER OF MOT DENIED.STATE TO COMPLY | |
| | DOCKET NOTE BY 8/25/97. | |
| 02-SEP-1997 | **CONTROL DATE** | CRESTO, JUDGE |
| | EVENT ACTION COMPLETED | |
| 08-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CASE NOT REACHED | |
| 12-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON CONTINUED FOR FURTHER HEARING | |
| | EVENT REASON Court | |

# Criminal Docket Sheet Report

P2-1997-1639A

## Events

| Date | Event | Judge |
|---|---|---|
| 24-SEP-1997 | **VIOLATION HEARING** | FORTUNATO, JUDGE |
| | EVENT ACTION COMPLETED | |
| | EVENT REASON DECLARED TO BE A VIOLATOR | |
| | DEFENDANT APPEARS | |
| | HEARING PROCEEDS & CONCLUDES | |
| | DOCKET NOTE HEARING BEGAN ON 9/12/97 | |
| | JUDGMENT OF CONVICTION ENTERED Party Filing: COURT | |
| | CASE ASSOCIATION NOTE Association: CONCURRENT SENTENCE | |
| 28-OCT-1997 | **MOTION TO REDUCE SENTENCE** | FORTUNATO, JUDGE |
| | EVENT ACTION PASSED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| | DOCKET NOTE UNTIL AFTER TRIAL | |
| 14-DEC-1998 | **MOTION TO CORRECT SENTENCE** | MCATEE, MAGISTRATE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON STATE NOT READY | |
| 11-JAN-1999 | **MOTION TO CORRECT SENTENCE** | MCATEE, MAGISTRATE |
| | EVENT ACTION DENIED | |
| 15-MAR-1999 | **PETITION WRIT HABEAS CORPUS** | PFEIFFER, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 22-MAR-1999 | **PETITION WRIT HABEAS CORPUS** | PFEIFFER, JUDGE |
| | EVENT ACTION GRANTED | |
| 31-MAR-1999 | **MOTION TO VACATE SENTENCE** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON PENDING FURTHER INVESTIGATION | |
| 13-APR-1999 | **MOTION TO VACATE SENTENCE** | FORTUNATO, JUDGE |
| | EVENT ACTION PASSED | |
| 23-JUN-1999 | **MOTION** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON ACI/MARSHAL CANCELD DEFD APPEARANCE | |
| | DOCKET NOTE *****DEF IS HIGH RISK NEEDS 2 DAYS NOTICE FOR HABE | |
| 30-JUN-1999 | **MOTION** | FORTUNATO, JUDGE |
| | EVENT ACTION POSTPONED | |
| | EVENT REASON BY ORDER OF THE COURT | |
| 02-JUL-1999 | **MOTION TO VACATE SENTENCE** | FORTUNATO, JUDGE |
| | EVENT ACTION DENIED | |
| 28-JAN-2000 | **MOTION TO APPOINT ATTORNEY** | CLIFTON, JUDGE |
| | DEFENDANT NOT ON HABEAS | |

# Criminal Docket Sheet Report

P2-1997-1639A

## Events

| Date | Event | Judge |
|---|---|---|
| 28-JAN-2000 | **PETITION WRIT HABEAS CORPUS**<br>DEFENDANT NOT ON HABEAS | CLIFTON, JUDGE |
| 04-FEB-2000 | **MOTION TO APPOINT ATTORNEY**<br>BY ORDER OF THE COURT | CLIFTON, JUDGE |
| 18-FEB-2000 | **MOTION TO APPOINT ATTORNEY**<br>ACI/MARSHALL CANCEL DEFT APPR | CLIFTON, JUDGE |
| 25-FEB-2000 | **MOTION TO APPOINT ATTORNEY**<br>DEFENDANT NOT ON HABEAS | CLIFTON, JUDGE |
| 10-MAR-2000 | **MOTION TO APPOINT ATTORNEY**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 31-MAR-2000 | **MOTION TO APPOINT ATTORNEY**<br>PENDING FURTHER INVESTIGATION | CLIFTON, JUDGE |
| 14-APR-2000 | **MOTION TO APPOINT ATTORNEY**<br>DEFENDANT NOT ON HABEAS | INDEGLIA, JUDGE |
| 20-APR-2000 | **MOTION TO APPOINT ATTORNEY**<br>PASSED | CLIFTON, JUDGE |
| 16-NOV-2001 | **MOTION TO APPOINT ATTORNEY**<br>ZZZ PASSED | GALE, JUDGE |
| 31-JAN-2002 | **MOTION FOR TRANSCRIPT**<br>ORDER ENTERED | GALE, JUDGE |
| 03-DEC-2002 | **MOTION FOR TRANSCRIPT**<br>DEFENSE WITNESS UNAVAILABLE | RODGERS, JUDGE |
| 17-DEC-2002 | **MOTIONS**<br>PENDING FURTHER INVESTIGATION | RODGERS, JUDGE |
| 09-JAN-2003 | **MOTION**<br>JUDGE NOT AVAILABLE<br>STATE NOT READY | RODGERS, JUDGE |
| 23-JAN-2003 | **MOTION**<br>PROSECUTOR UNAVAILABLE | RODGERS, JUDGE |
| 11-FEB-2003 | **MOTION**<br>GRANTED | RODGERS, JUDGE |
| 11-SEP-2003 | **MOTION TO VACATE PLEA**<br>ZZZ PASSED | PROCACCINI, JUDGE |
| 26-SEP-2003 | **MOTION TO VACATE PLEA**<br>DENIED | DARIGAN, JUDGE |
| 11-AUG-2004 | **MOTION TO CORRECT SENTENCE**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |
| 25-AUG-2004 | **MOTION TO CORRECT SENTENCE**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |
| 26-OCT-2004 | **MOTION TO CORRECT SENTENCE**<br>MOTION GRANTED<br>REMANDED TO THE ACI | FORTUNATO, JUDGE |
| 08-DEC-2004 | **MOTION TO REDUCE SENTENCE**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |

# Criminal Docket Sheet Report

P2-1997-1639A

## Events

| Date | Event | Judge |
|---|---|---|
| 28-JAN-2005 | **STATUS CONFERENCE**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |
| 28-JAN-2005 | **MOTION TO REDUCE SENTENCE**<br>PENDING FURTHER INVESTIGATION | FORTUNATO, JUDGE |
| 24-FEB-2005 | **MOTION TO REDUCE SENTENCE**<br>PENDING FURTHER INVESTIGATION<br>MOTION TO SET ASIDE SENTENCE<br>MOTION GRANTED TO SET ASIDE SENTENCE<br>REMANDED TO THE ACI | FORTUNATO, JUDGE |
| 04-MAR-2005 | **MOTION TO REDUCE SENTENCE**<br>MOTION GRANTED<br>MOTION TO VACATE VIOLATION HEARING SENTENCE<br>MOTION GRANTED<br>REMANDED TO THE ACI | FORTUNATO, JUDGE |
| 23-AUG-2005 | **MOTION CREDIT FOR TIME SERVED**<br>PASSED | GALE, JUDGE |

## Case Jackets

| Check Out | Returned | Person Name | Text |
|---|---|---|---|
| 17-FEB-2004 | | SUPREME COURT | |

**Reason:** TRANSFER TO SUPREME COURT

## Case Evidence

| Check Out | Returned | Person Name | Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 31-OCT-1987 | OBJECTION FILED | Party Filing: STATE |
| 07-MAY-1997 | CERTIFICATE OF JUDGE | Party Filing: COURT |
| 07-MAY-1997 | DEFENDANT APPEARS | |
| 07-MAY-1997 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 07-MAY-1997 | PRE-SENTENCE REPORT WAIVED | |
| 07-MAY-1997 | PETITION TO WAIVE INFORMATION | Party Filing: DEFENSE |
| 07-MAY-1997 | TYPE OF BAIL SET | Bail Type: PRS RECOG; Judge/Bail: PIRRAGLIA; Amount: $10000.00 |
| 07-MAY-1997 | DISPOSITION DEFENSE ATTORNEY | Defense Attorney: BRIODY, THOMAS G. |
| 07-MAY-1997 | DISPOSITION PROSECUTOR | Prostr: DONNELLY |
| 07-MAY-1997 | CASE DISPOSED | |
| 07-MAY-1997 | EVENT ACTION | COMPLETED |
| 07-MAY-1997 | EVENT ACTION | DISP/SENT |
| 07-MAY-1997 | CASE INITIATION | |
| 09-JUL-1997 | VIOLATION REPORT | Party Filing: STATE ; Note: OF SUSPENDED SENTENCE |

# Criminal Docket Sheet Report



## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 09-JUL-1997 | TYPE OF BAIL SET | Bail Type: H/W/O BAIL; Count: 001; Judge/Bail: GEMMA |
| 09-JUL-1997 | EVENT ACTION | COMPLETED |
| 11-JUL-1997 | LETTER COURT APPOINTS ATTORNEY | Party Filing: COURT ; Note: THOMAS BRIODY |
| 16-JUL-1997 | MOTION FOR DISCLOSURE | Party Filing: DEFENSE |
| 16-JUL-1997 | MOTION TO DISMISS | Party Filing: DEFENSE |
| 16-JUL-1997 | EVENT ACTION | POSTPONED |
| 16-JUL-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 18-JUL-1997 | ORDER ENTERED | Party Filing: COURT |
| 23-JUL-1997 | EVENT ACTION | DENIED |
| 01-AUG-1997 | MOT PROCEED IN FORMA PAUPERIS | Party Filing: DEFENSE |
| 04-AUG-1997 | MOTION TO PRODUCE | Party Filing: DEFENSE ; Note: RECORDS |
| 05-AUG-1997 | MOTION EXCULPATORY EVIDENCE | Party Filing: DEFENSE |
| 05-AUG-1997 | MOTION TO PRODUCE | Party Filing: DEFENSE ; Note: RECORDS |
| 07-AUG-1997 | MOTION TO QUASH | Party Filing: STATE |
| 13-AUG-1997 | EVENT ACTION | POSTPONED |
| 13-AUG-1997 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 18-AUG-1997 | DOCKET NOTE | GRANTED EXCEPT # 122 DENIED |
| 18-AUG-1997 | DOCKET NOTE | NAMES OF INMATES WHO WERE IN PRISION AT TIME OF |
| 18-AUG-1997 | DOCKET NOTE | BY 8/25/97. |
| 18-AUG-1997 | DOCKET NOTE | INCIDENT.REMAINDER OF MOT DENIED.STATE TO COMPLY |
| 18-AUG-1997 | EVENT ACTION | COMPLETED |
| 18-AUG-1997 | EVENT ACTION | GRANTED |
| 18-AUG-1997 | EVENT ACTION | GRANTED |
| 20-AUG-1997 | ANS DEFT MOT FOR EXCULP EVID | Party Filing: STATE |
| 21-AUG-1997 | ORDER ENTERED | Party Filing: COURT |
| 02-SEP-1997 | EVENT ACTION | COMPLETED |
| 08-SEP-1997 | MOTION FOR A VIEW | Party Filing: DEFENSE |
| 08-SEP-1997 | EVENT ACTION | POSTPONED |
| 08-SEP-1997 | EVENT REASON | CASE NOT REACHED |
| 09-SEP-1997 | ORDER ENTERED | Party Filing: COURT |
| 10-SEP-1997 | MOTION TO QUASH | Party Filing: STATE |
| 12-SEP-1997 | EVENT ACTION | POSTPONED |
| 12-SEP-1997 | EVENT REASON | CONTINUED FOR FURTHER HEARING |
| 12-SEP-1997 | EVENT REASON | Court |
| 24-SEP-1997 | DEFENDANT APPEARS | |
| 24-SEP-1997 | HEARING PROCEEDS & CONCLUDES | |
| 24-SEP-1997 | JUDGMENT OF CONVICTION ENTERED | Party Filing: COURT |
| 24-SEP-1997 | CASE ASSOCIATION NOTE | Association: CONCURRENT SENTENCE |
| 24-SEP-1997 | DOCKET NOTE | HEARING BEGAN ON 9/12/97 |
| 24-SEP-1997 | EVENT ACTION | COMPLETED |
| 24-SEP-1997 | EVENT REASON | DECLARED TO BE A VIOLATOR |
| 03-OCT-1997 | NOTICE | Party Filing: DEFENSE ; Note: OF APPEAL |
| 07-OCT-1997 | SUBPOENA DUCES TECUM | Party Filing: STATE ; Note: (2) |
| 28-OCT-1997 | DOCKET NOTE | UNTIL AFTER TRIAL |

# Criminal Docket Sheet Report

P2-1997-1639A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 28-OCT-1997 | EVENT ACTION | PASSED |
| 28-OCT-1997 | EVENT REASON | BY ORDER OF THE COURT |
| 02-DEC-1998 | MOTION TO CORRECT SENTENCE | Party Filing: DEFENSE |
| 14-DEC-1998 | EVENT ACTION | POSTPONED |
| 14-DEC-1998 | EVENT REASON | STATE NOT READY |
| 11-JAN-1999 | EVENT ACTION | DENIED |
| 12-JAN-1999 | MOTION FOR TRANSCRIPT | Party Filing: DEFENSE |
| 05-FEB-1999 | MOTION TO VACATE | Party Filing: DEFENSE |
| 02-MAR-1999 | MOTION TO CORRECT SENTENCE | Party Filing: DEFENSE |
| 02-MAR-1999 | MOTION TO VACATE SENTENCE | Party Filing: DEFENSE |
| 15-MAR-1999 | EVENT ACTION | POSTPONED |
| 15-MAR-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 22-MAR-1999 | EVENT ACTION | GRANTED |
| 31-MAR-1999 | EVENT ACTION | POSTPONED |
| 31-MAR-1999 | EVENT REASON | PENDING FURTHER INVESTIGATION |
| 13-APR-1999 | EVENT ACTION | PASSED |
| 14-APR-1999 | ORDER ENTERED | Party Filing: COURT |
| 25-MAY-1999 | MOTION TO ASSIGN | Party Filing: DEFENSE |
| 23-JUN-1999 | DOCKET NOTE | *****DEF IS HIGH RISK NEEDS 2 DAYS NOTICE FOR HABE |
| 23-JUN-1999 | EVENT ACTION | POSTPONED |
| 23-JUN-1999 | EVENT REASON | ACI/MARSHAL CANCELD DEFD APPEARANCE |
| 24-JUN-1999 | MOTION TO ASSIGN | Party Filing: DEFENSE |
| 30-JUN-1999 | EVENT ACTION | POSTPONED |
| 30-JUN-1999 | EVENT REASON | BY ORDER OF THE COURT |
| 02-JUL-1999 | EVENT ACTION | DENIED |
| 18-JAN-2000 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party**: TORO, EDSON | |
| 18-JAN-2000 | MOTION TO ASSIGN<br>**Affiliated Party**: TORO, EDSON | |
| 25-JAN-2000 | MOTION TO APPOINT ATTORNEY<br>**Affiliated Party**: TORO, EDSON | |
| 25-JAN-2000 | MOTION TO ASSIGN<br>**Affiliated Party**: TORO, EDSON | |
| 28-JAN-2000 | DEFENDANT NOT ON HABEAS | |
| 28-JAN-2000 | DEFENDANT NOT ON HABEAS | |
| 04-FEB-2000 | BY ORDER OF THE COURT | |
| 18-FEB-2000 | ACI/MARSHALL CANCEL DEFT APPR | |
| 25-FEB-2000 | DEFENDANT NOT ON HABEAS | |
| 10-MAR-2000 | PENDING FURTHER INVESTIGATION | |
| 31-MAR-2000 | PENDING FURTHER INVESTIGATION | |
| 03-APR-2000 | LETTER FILED | |
| 14-APR-2000 | DEFENDANT NOT ON HABEAS | |
| 20-APR-2000 | PASSED | |
| 16-NOV-2001 | ZZZ PASSED | |
| 31-JAN-2002 | ORDER ENTERED | |
| 18-MAR-2002 | MOTION TO WITHDRAW<br>**Affiliated Party**: TORO, EDSON | |

# Criminal Docket Sheet Report

P2-1997-1639A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 15-JUL-2002 | MEMORANDUM FILED<br>**Affiliated Party**: TORO, EDSON | |
| 20-NOV-2002 | MOTION FOR TRANSCRIPT<br>**Affiliated Party**: TORO, EDSON | |
| 03-DEC-2002 | DEFENSE WITNESS UNAVAILABLE | |
| 17-DEC-2002 | PENDING FURTHER INVESTIGATION | |
| 09-JAN-2003 | JUDGE NOT AVAILABLE | |
| 09-JAN-2003 | STATE NOT READY | |
| 23-JAN-2003 | PROSECUTOR UNAVAILABLE | |
| 11-FEB-2003 | GRANTED | |
| 19-JUL-2003 | MOTION TO ASSIGN | |
| 19-JUL-2003 | MOTION TO VACATE SENTENCE | |
| 19-JUL-2003 | PET WRIT OF HABEAS CORPUS | |
| 05-SEP-2003 | LETTER COURT APPOINTS ATTORNEY<br>**Affiliated Party**: DECAPORALE, JOSEPH L. | |
| 11-SEP-2003 | ZZZ PASSED | |
| 26-SEP-2003 | DENIED | |
| 10-OCT-2003 | NOTICE OF APPEAL SUPREME COURT<br>**Affiliated Party**: TORO, EDSON | |
| 28-OCT-2003 | MOTION FOR TRANSCRIPT<br>**Affiliated Party**: TORO, EDSON | |
| 28-OCT-2003 | OEN,TRANSCRIPT AT ST'S EXPENSE<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 09-FEB-2004 | FILE TRANSFERRED RECORD CENTER | |
| 13-FEB-2004 | APPEAL SUPREME COURT EVENT | |
| 13-FEB-2004 | CASE TRANSMITTED TO SUPREME CT | 1 folder and transcripts transmitted to Supreme Court |
| 29-JUL-2004 | MOTION TO CORRECT SENTENCE<br>**Affiliated Party**: STATE OF RHODE ISLAND | |
| 11-AUG-2004 | PENDING FURTHER INVESTIGATION | |
| 25-AUG-2004 | PENDING FURTHER INVESTIGATION | |
| 21-SEP-2004 | CASE TRANSFERRED NEWPORT CTY | |
| 23-SEP-2004 | CASE REC'D FROM PROVIDENCE CTY | TO NPT BY SML |
| 25-OCT-2004 | PAYMENT PLAN SET | #31848 @ $50.00/month |
| 26-OCT-2004 | MOTION GRANTED | |
| 26-OCT-2004 | REMANDED TO THE ACI<br>**Affiliated Party**: TORO, EDSON | |
| 26-OCT-2004 | CASE TRANSFERRED PROV CTY | by ebm |
| 04-NOV-2004 | CASE REC'D FROM NEWPORT CTY | |
| 22-NOV-2004 | MOTION TO REDUCE SENTENCE<br>**Affiliated Party**: TORO, EDSON | |
| 22-NOV-2004 | MOTION TO ASSIGN<br>**Affiliated Party**: TORO, EDSON | |
| 22-NOV-2004 | PET WRIT OF HABEAS CORPUS<br>**Affiliated Party**: TORO, EDSON | |
| 23-NOV-2004 | CASE TRANSFERRED NEWPORT CTY<br>**Affiliated Party**: RHODE ISLAND COURTS | |
| 24-NOV-2004 | CASE REC'D FROM PROVIDENCE CTY | AT NSC BY CHH |

# Criminal Docket Sheet Report

P2-1997-1639A

## Docket Entry Information

| Date | Description | Docket Text |
|---|---|---|
| 08-DEC-2004 | PENDING FURTHER INVESTIGATION | |
| 28-JAN-2005 | PENDING FURTHER INVESTIGATION | |
| 28-JAN-2005 | PENDING FURTHER INVESTIGATION | |
| 14-FEB-2005 | OBJECTION FILED | TO DEFT'S MOTION TO REDUCE SENTENCE |
| | **Affiliated Party**: STATE OF RHODE ISLAND | |
| 24-FEB-2005 | PENDING FURTHER INVESTIGATION | |
| 24-FEB-2005 | MOTION | TO SET ASIDE SENTENCE |
| | **Affiliated Party**: TORO, EDSON | |
| 24-FEB-2005 | MOTION GRANTED | TO SET ASIDE SENTENCE |
| 24-FEB-2005 | REMANDED TO THE ACI | |
| | **Affiliated Party**: TORO, EDSON | |
| 04-MAR-2005 | MOTION GRANTED | |
| 04-MAR-2005 | MOTION TO VACATE | VIOLATION HEARING SENTENCE |
| 04-MAR-2005 | MOTION GRANTED | |
| 04-MAR-2005 | REMANDED TO THE ACI | |
| | **Affiliated Party**: TORO, EDSON | |
| 10-MAR-2005 | CASE TRANSFERRED PROV CTY | FROM NEWPORT BY SML |
| 14-MAR-2005 | CASE REC'D FROM NEWPORT CTY | |
| 21-MAR-2005 | NOTICE OF APPEAL FILED | |
| | **Affiliated Party**: TORO, EDSON | |
| 21-MAR-2005 | NOTICE OF APPEAL SUPREME COURT | |
| | **Affiliated Party**: TORO, EDSON | |
| 22-MAR-2005 | ORDER FOR TRANSCRIPT | |
| | **Affiliated Party**: TORO, EDSON | |
| 22-JUN-2005 | TRANSCRIPT(S) FILED | COMPLETED TRANSCRIPT PREPARED BY PATTI AHEARN, COURT REPORTER. |
| | **Affiliated Party**: RHODE ISLAND COURTS | |
| 10-AUG-2005 | MOTION/CREDIT TIME SERVED | |
| | **Affiliated Party**: TORO, EDSON | |
| 23-AUG-2005 | PASSED | |
| 29-SEP-2005 | DECISION | |
| 29-SEP-2005 | ORDER ENTERED | |
| | **Affiliated Party**: RHODE ISLAND COURTS | |
| 24-OCT-2005 | OBJECTION FILED | |
| | **Affiliated Party**: TORO, EDSON | |