UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, petitioner

VS

CA NO 05-455 [redacted] T
05-455 T

Ashbel T. WAll, Director,
Department of Corrections
Respondent

Petitioner's objection to STATE'S MOTION TO DISMISS PETITIONER'S APPLICATION FOR A WRIT OF HABEAS CORPUS

Now comes the Petitioner Edson Toro PRo-se and hereby objects to the STATE'S MOTION TO DISMISS Petitioners Habeas Corpus MATTER before this COURT

The petitioner hereby states that,

1) The STATE has withdrawn its notice of APPEAL on CA NO P2-97-1639A pertaining to the sentence modification (See exhibit 1)

2) Contrary to the STATE'S assertion the petitioner has exhausted his STATE Remedies in regards to the STAY that was put in place by the Duty Justice of the Rhode Island Supreme Court and Affirmed by the full court on October 28, 2005. (See exhibit 2)

3) The petitioner filed a motion to Dismiss the Appeal of Judge Fortunato's ruling of september 29, 2005 in that a Habeas Corpus petition is not Appealable.