UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Edson Toro, petitioner
VS CA NO 05-455T
Ashbel T. Wall, Director,
Department of corrections

"Petitioner's objection to magistrate judge construing His 42 U.S.C § 1983 Action as an Application for Habeas Corpus Relief."
"Petitioner's objection to STATE'S motion to Dismiss Petitioner's Application for Habeas Corpus"

Now comes the petitioner Edson Toro pro-se and hereby objects to construing his civil action filed as a 42 U.S.C § 1983 as a Application for Habeas Corpus pursuant to Rule 32(a) And states as follows;

1) The petitioner had already filed an Application for Habeas Corpus § 2254 CA NO 05-431 ML
2) The petitioner paid a filing fee of $250.00 Not $5.00 pursuant to 28. USC § 1914(a)
3) The petitioner believes that the Action should be against Stephen A Regine, Ashbel T. Wall, and Patricia Coyne-Fague as originally filed.

Wherefore the petitioner request that the matter be dealt with as an 1983 civil action and or he be re-imbursed $245.00 for filing fee. In lieu of that if the petitione proceeds

in this matter as a Habeas corpus petition he has submitted accompanying objection.

DATED 11-14-2005

Respectfully submitted
Edson Toro

## Certification

I Edson Toro the undersighned do hereby certify that I mailed a true copy of the within objection to Magistrate Judges construing of 42 U.S.C § 1983 to a Habeas corpus application. And objection to STATE'S MOTION to Dismiss Application for Habeas Corpus to office of Attorney General AARON L. WEISMAN APPELLATE DIVISION at 150 South MAIN St PROV, R.I 02903 on 11-14-2005

Respectfully,
Edson Toro