**STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS**
**SUPREME COURT**

| | | |
|---|---|---|
| **STATE OF RHODE ISLAND** | : | |
| | : | **No. 2004-235 C.A.** |
| **vs.** | : | **(P2-1997-1639A)** |
| | : | |
| **EDSON TORO** | : | |

**STATE OF RHODE ISLAND'S NOTICE OF WITHDRAWAL OF APPEAL**

Now comes the State of Rhode Island, by and through its attorneys, and hereby moves to withdraw its previously filed appeal in the above-captioned case.

Respectfully submitted,

**STATE OF RHODE ISLAND**
By Its Attorneys,

**PATRICK C. LYNCH**
**ATTORNEY GENERAL**

**AARON L. WEISMAN, #4438**
Department of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**CERTIFICATION**

I hereby certify that on the 8th day of November, 2005, I placed a copy of the within document in the U.S. mail, postage prepaid, to Edson Toro, Pro Se, P.O. Box 8200, Cranston, RI 02920.