**Supreme Court**
No. 05-268-M.P.
Superior Court
No. P2/97-1639A
No. PC/02-2882
No. PM/03-3772

| | |
|---|---|
| Edson Toro | : |
| v. | : |
| A. T. Wall, Director of the Department of Corrections | : |

**O R D E R**

The petition for writ of certiorari is granted. The stay of the Superior Court proceedings granted by the Duty Justice on October 13, 2005 is continued until further Order of this Court.

Entered as an Order of this Court this ***28th*** day of ***October 2005.***

By Order,

Clerk