UNITED STATES DISTRICT COURT
FOR THE DISTRICT of RHODE ISLAND

Edson Toro

VS CA NO 05-455T

STEPHEN REGINE, AT-WAll,
AND PATRICIA Coyne-Fague

"Objection To Magistrate Judge's Report"
AND Recommendation

Now comes the plaintiff Edson Toro pro-se and hereby objects pursuant to Rule 72(b) of Fed. R Civ Procedure. And states specifically;

1) On page 2 of Report Magistrate Judge incorrectly states "Here, plaintiff's sentence or term of confinement has Not been invalidated by any tribunal." This is the reason for the recommendation to dismiss said civil action. The Magistrate's Relies on Heck v Humphrey 512 U.S. 477, 486-487 (1994) "The Heck court ruled in no uncertain terms that when a Section 1983 claimant seeks damages for an allegedly unconstitutional imprisonment, he must demonstrate that the sentence has been declare invalid by a tribunal authorized to make such a determination.

The plaintiff Edson Toro avers that such a determination has been made by a tribunal that is authorized to make such a determination.

On September 29, 2005 the Honorable Jude STEPHEN Fortunato ruled on the plaintiffs motion for writ of Habeas Corpus ad Subjiciendum, and declared that the plaintiff Edson Toro was held in prison unlawfully. Plaintiff submits a copy of criminal case action report/ warrant For COMMITMENT, which shows that a determination made in Toro's favor states release date of Aug 1, 2005.

Regardless of of any other related to this case in R.I Supreme Court. The plaintiff Toro has made a prima facie showing that a tribunal authorized to make a determination has made one in his favor of his unlawful incarceration.

Therefore the plaintiff Toro Respectfully Requests that the Magistrate Judges report be rejected and that the plaintiff be allowed to proceed with this civil matter.

Dated January 5, 2005.

Respectfully submitted,

Edson Toro

Certification

I Edson Toro do hereby certify that on JAN 5, 2005 I mailed a true copy to Aaron L. Weisman at the office of Attorney General 150 South Main St PROV, R.I 02903 of said objection.

Respectfully,

Edson Toro